UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Homer R. Daney<br><br><br>　　　　　Debtor | Chapter 13<br>Bankruptcy No.21-11637-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 30th day of September, 2021, by first class mail upon

those listed below:

Homer R. Daney
510 Nazareth Pike
Nazareth, PA  18064

**Electronically via CM/ECF System Only:**

JOHN R K SOLT ESQ
JOHN R K SOLT PC@GATEWAY PROF CTR
2045 WESTGATE DRIVE - SUITE 404B
BETHLEHEM, PA  18107


　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee