United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11637-pmm |
| Homer R. Daney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 10, 2022 | Form ID: 155 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Homer R. Daney, 510 Nazareth Pike, Nazareth, PA 18064-9084 |
| 14614136 | + | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14614139 | + | PPL Electric Utilities, 2 North 9th Street, CPC-GENN 1, Allentown, PA 18101-1139 |
| 14614140 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14630363 | | The Bank of New York Mellon Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14615787 | + | The Bank of New York Mellon Trust Company, etc., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14624252 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 23:49:24 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14614137 | + | Email/Text: BAN5620@UCBINC.COM | Mar 10 2022 23:50:00 | LVNV Funding, LLC, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14614138 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2022 23:50:00 | PA Department of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14630298 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 23:49:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621427 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 10 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 10, 2022     Form ID: 155     Total Noticed: 11

Date: Mar 12, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:**

**Name**     **Email Address**

JOHN R.K. SOLT
on behalf of Debtor Homer R. Daney jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

REBECCA ANN SOLARZ
on behalf of Creditor The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Homer R. Daney
        Debtor(s)

Chapter: 13
Bankruptcy No: 21−11637−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this March 10, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

45
Form 155