**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:  Homer Daney,** | **: Case No. 21-11637** |
| **Debtor** | **:** |
| | **: Chapter 13** |

## CERTIFICATE OF SERVICE

I, John R. K. Solt, Esquire, attorney for the Debtor, Homer Daney, hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the court, in response to the Application for Compensation and Reimbursement of Expenses, and I hereby certify that said motion is uncontested.

JOHN R. K. SOLT, P.C.

April 18, 2022

By: /s/ John R. K. Solt, Esquire
JOHN R. K. SOLT, ESQUIRE
I.D. No. 24686
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017
Phone: (610) 865-2465
Facsimile: (610) 691-2018
Email:  jsolt.soltlaw@rcn.com
Attorney for Debtor