Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11637-PMM**

Homer R. Daney  
510 Nazareth Pike  
Nazareth  PA   18064

Petition Filed Date: 06/09/2021  
341 Hearing Date: 08/10/2021  
Confirmation Date: 03/10/2022

Case Status: Dismissed After Confirmation on 7/14/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/09/2021 | $1,000.00 | 27347086440 | 11/09/2021 | $1,000.00 | 27347086438 | 11/09/2021 | $670.00 | 27347086451 |
| 11/18/2021 | $500.00 | 19003477427 | 11/18/2021 | $500.00 | 19003477426 | 01/10/2022 | $900.00 | 27449340884 |
| 02/22/2022 | $940.00 | 27449346407 | | | | | | |

**Total Receipts for the Period: $5,510.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $6,381.31 | $0.00 | $6,381.31 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,312.58 | $2,312.58 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 002 | Secured Creditors | $911.04 | $0.00 | $911.04 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,291.54 | $0.00 | $1,291.54 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $42,453.86 | $554.72 | $41,899.14 |
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $2,190.00 | $2,190.00 | $0.00 |

**Chapter 13 Case No. 21-11637-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,510.00 | Current Monthly Payment: | $1,024.00 |
| Paid to Claims: | $5,057.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $440.80 | Total Plan Base: | $58,758.00 |
| Funds on Hand: | $11.90 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.